Dunham v. Marsh.

---

DANIEL H. DUNHAM, administrator *cum testamento annexo* of Nancy W. Halsted, appellant,

*v.*

ALBERT R. MARSH, respondent.

Any person appearing to be interested in the disposition of the property of a decedent, may file exceptions to the account of the executor or administrator of the deceased.

---

On appeal from an order of the ordinary, affirming an order of the Hudson orphans court, refusing to strike out exceptions, whose opinion is reported in *Dunham* v. *Marsh, 7 Dick. Ch. Rep. 256.*

*Mr. John A. Miller*, for the appellant.

*Mr. James E. Howell*, for the respondent.

The opinion of the court was delivered by

Dixon, J.

The appellant having presented his final account to the Hudson orphans court, the respondent, as next of kin of the testatrix, filed exceptions to it. Thereupon the appellant moved to strike out the exceptions, on the ground that the next of kin was not "interested in the settlement of the account." *Rev. p. 775 § 105 tit. "Orphans Court Act."*

On examining the will and codicils of the testatrix, there appears to be at least a fair question whether she did not die intestate as to part of her property. If she did, her next of kin will be entitled to that portion.

This question ought not to be decided upon a motion to strike out exceptions to the account. One object of such exceptions is to secure a correct ascertainment of the amount of property remaining for distribution among those who may ultimately be found entitled to it, and therefore every person who can present a claim worth considering upon the final distribution is interested in the settlement of the account, and should be permitted to compel a full and accurate accounting. *Wms. Ex. pp. 975, 2057; 7 Am. & Eng. Encycl. L. 421 note.*

This exceptant certainly had such a claim, and therefore the court rightly maintained his standing as a litigant.

The order under review should be affirmed.

*For affirmance*—The Chief-Justice, Depue, Dixon, Garrison, Gummere, Lippincott, Magie, Reed, Van Syckel, Bogert, Brown, Sims—11.

*For reversal*—None.